# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Destiny Caouette, DEFENDANT(S). | CASE NUMBER 2:18-mj-3191 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __12/4__, ____, at __4:00__ ☐a.m. / ☒p.m. before the Honorable __J. Chooljian__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/3/18__

U.S. District Judge/Magistrate Judge